**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TODD M. VANSELOUS, et al.,**

    **Plaintiffs,**

**v.**                                                           Case No: 8:11-CV-2464-T-35EAJ

**SAXON MORTGAGE SERVICES, INC., et al.,**

    **Defendants.**
_____/

## ORDER

This cause came before the Court for consideration at a status conference regarding discovery matters held on August 13, 2013.

Upon consideration and for the reasons stated at the hearing, it is **ORDERED and ADJUDGED** that:

(1) The parties shall work diligently to narrow and resolve any disputes over Plaintiffs' recent requests for production and other discovery issues;

(2) The Court will hold a hearing in Courtroom 11A of the United States Courthouse, 801 N., Florida Avenue, Tampa, Florida on **September 17, 2013 at 2:00 p.m.** regarding the status of discovery. The parties may appear by telephone; and

(3) If there are no disputed issues, the parties shall file a joint motion to cancel the hearing.

    **DONE AND ORDERED** in Tampa, Florida this 14th day of August, 2013.

_____
ELIZABETH A JENKINS
United States Magistrate Judge